# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEITH HAHNE | § | Case No. 13-04847 |
| DENISE HAHNE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2013 . The undersigned trustee was appointed on 02/08/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 150,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 66,739.27 |
| Bank service fees | 367.08 |
| Other payments to creditors | 8,444.28 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]   $ | 44,449.37 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/13/2013 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,250.00 , for a total compensation of $ 9,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 121.97 , for total expenses of $ 121.97 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2016                By: /s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-04847 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KEITH HAHNE | | | | Date Filed (f) or Converted (c): | 02/08/2013 (f) |
| | DENISE HAHNE | | | | 341(a) Meeting Date: | 03/11/2013 |
| For Period Ending: | 07/09/2016 | | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11S035 West Street Naperville, IL 60565 | 172,568.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Hawthorne Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 3. misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Pension through former employer | Unknown | 0.00 | | 0.00 | FA |
| 6. 401(K) | 0.00 | 0.00 | | 0.00 | FA |
| 7. PI lawsuit - attorney Justin Hare law offices of A | Unknown | Unknown | | 150,000.00 | FA |
| 8. 2004 Pontiac Aztek - 145K miles | 1,450.00 | 0.00 | | 0.00 | FA |
| 9. 1999 Volkswagen Beetle - 120K miles | 1,725.00 | 0.00 | | 0.00 | FA |
| 10. 2 dogs, 1 bird | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $177,043.00 | $0.00 | | $150,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement approved by court and proceeds received. Pending PI case. Employed Special Counsel.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 09/30/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-04847 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KEITH HAHNE | Bank Name: Associated Bank |
| DENISE HAHNE | Account Number/CD#: XXXXXX5629 |
| | Checking |
| Taxpayer ID No: XX-XXX3708 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 7 | MetLife Auto & Home<br>P.O. Box 2204<br>Charlotte, NC 28241 | Proceeds from PI Case Court Order Doc# 38<br>Check was deposited late due to bank issues and new software from TCMS as well as passing of my father. See emails from TCMS in banking file. | 1142-000 | $150,000.00 | | $150,000.00 |
| 04/25/16 | 101 | Law Offices of Andrew S. Kryder<br>134 N. LaSalle St., Ste 1515<br>Chicago, IL 60602 | Court Approved Attorneys fees and costs<br>$60,000.00 in Attorneys Fees<br>$6,739.27 in Reimbursed Expenses | 3210-000 | | $66,739.27 | $83,260.73 |
| 04/25/16 | 102 | State Farm Insurance<br>Subrogation Services<br>P.O. Box 106172<br>Atlanta, GA 30348-6172 | Court Approved Payment<br>PI Lien Payoff | 4220-000 | | $2,495.66 | $80,765.07 |
| 04/25/16 | 103 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment<br>PI lien Payoff | 4220-000 | | $0.00 | $80,765.07 |
| 04/25/16 | 103 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment Reversal<br>Forgot check amount-need to re-write check | 4220-000 | | $0.00 | $80,765.07 |
| 04/25/16 | 104 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment<br>PI Lien Payoff | 4220-000 | | $5,948.62 | $74,816.45 |
| 04/25/16 | 105 | Keith and Denise Hahne<br>11S035 West Street<br>Naperville, IL 60565-5531 | Debtors' Exemptions<br>Court Approved payment | 8100-002 | | $30,000.00 | $44,816.45 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.01 | $44,657.44 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.20 | $44,542.24 |

| | | | | | |
|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | | Page Subtotals: | | $150,000.00 | $105,457.76 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-04847  
Case Name: KEITH HAHNE  
               DENISE HAHNE  
Taxpayer ID No: XX-XXX3708  
For Period Ending: 07/09/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5629  
                      Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.87 | $44,449.37 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $105,550.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $105,550.63 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $150,000.00 | $75,550.63 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*       Page Subtotals:       $0.00       $92.87

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5629 - Checking | $150,000.00 | $75,550.63 | $44,449.37 |
|  | $150,000.00 | $75,550.63 | $44,449.37 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04847-BWB  
Debtor Name: KEITH HAHNE  
Claims Bar Date: 6/13/2013  

Date: August 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,250.00 | $9,250.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $121.97 | $121.97 |
| 100 3210 | Andrew Kryder<br>The Law Offices of Andrew S. Kryder, LLC<br>134 N. LaSalle Street, Suite 1515<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $66,739.27 | $66,739.27 |
| 2 280 5800 | IRS<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $13,737.23 | $13,737.23 |
| 1 300 7100 | NORDSTROM FSB<br>P.O. Box 6566<br>Englewood, CO  80155 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,810.66 | $4,810.66 |
| 2-2A 300 7100 | INTERNAL REVENUE SERVICE<br>Central Insolvency Operations<br>PO Box 7346<br>Phildelphia, PA  19101-7346 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,512.99 | $1,512.99 |
| 3 300 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,807.26 | $1,807.26 |
| 4 300 7100 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $46,821.23 | $46,821.23 |
| 400 4220 | BlueCross/BlueShield<br>BlueCross/Blue/Shield of Illinois | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $0.00 | $5,948.62 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-04847-BWB  Date: August 12, 2016
Debtor Name: KEITH HAHNE
Claims Bar Date: 6/13/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | StateFarm | Secured |  | $0.00 | $0.00 | $2,495.66 |
| 400 | StateFarm Insurance | Payment Status: |  |  |  |  |
| 4220 |  | Valid To Pay |  |  |  |  |
|  | Case Totals |  |  | $0.00 | $144,800.61 | $153,244.89 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: August 12, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04847
Case Name: KEITH HAHNE
　　　　　DENISE HAHNE
Trustee Name: Peter N. Metrou, Trustee

　　　　　Balance on hand　　　　　　　　　　　　　　　　　　　$　　　44,449.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | BlueCross/BlueShield | $ 0.00 | $ 5,948.62 | $ 5,948.62 | $ 0.00 |
|  | StateFarm | $ 0.00 | $ 2,495.66 | $ 2,495.66 | $ 0.00 |

　　Total to be paid to secured creditors　　　　　　　　　　$　　　　0.00

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　44,449.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 9,250.00 | $ 0.00 | $ 9,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 121.97 | $ 0.00 | $ 121.97 |
| Attorney for Trustee Fees: Andrew Kryder | $ 66,739.27 | $ 66,739.27 | $ 0.00 |

　　Total to be paid for chapter 7 administrative expenses　　$　　9,371.97

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　35,077.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,737.23  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | IRS | $ 13,737.23 | $ 0.00 | $ 13,737.23 |

| | | |
|---|---|---|
| | Total to be paid to priority creditors | $ 13,737.23 |
| | Remaining Balance | $ 21,340.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,952.14  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NORDSTROM FSB | $ 4,810.66 | $ 0.00 | $ 1,868.18 |
| 2-2A | INTERNAL REVENUE SERVICE | $ 1,512.99 | $ 0.00 | $ 587.56 |
| 3 | CAPITAL RECOVERY V, LLC | $ 1,807.26 | $ 0.00 | $ 701.83 |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ 46,821.23 | $ 0.00 | $ 18,182.60 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 21,340.17 |

    Remaining Balance                                                $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE