**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-04847 |
| **KEITH HAHNE, and** | ) | CHAPTER 7 |
| **DENISE HAHNE,** | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE**
**FOR NOTICE OF TRUSTEE'S FINAL REPORT**

To:   **See Attached Service List**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 23rd day of August, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                             */s/ Peter N. Metrou*
                                             **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

By ECF:

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | David Chang<br>Chang & Carlin, LLP<br>1305 Remington Road<br>Suite C<br>Schaumburg, IL 60173-4820 |

By First Class Mail:

| | | |
|---|---|---|
| Bank of America, N.A.<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Nationstar Mortgage LLC<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | |
| Unvl/citi<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Bk Of Amer<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801-2920 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Edward Health Ventures<br>26185 Network Place<br>Chicago, IL 60673-1261 |
| Edward Hospital<br>PO Box 4207<br>Carol Stream, IL 60197-4207 | Gemb/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hawthorne Credit Union<br>1519 N Naper Blvd<br>Naperville, IL 60563-1522 |
| Hawthorne Credit Union<br>1519 North Naper Boulevard<br>Naperville, IL 60563-1522 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffry I Manasse & Associates<br>608 S. Washington St.<br>Suite 200<br>Naperville, IL 60540-6661 |
| Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 | NATIONSTAR MORTGAGE LLC<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Naperville Radiologists<br>6910 S. Madison St.<br>Willowbrook, IL 60527-5504 |
| Nordstrom FSB<br>Attention:  Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155-6566 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | Rev MD<br>PO box 3427<br>Oak Brook, IL 60522-3427 |
| Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | |