UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
KEITH HAHNE                         §      Case No. 13-04847
DENISE HAHNE                        §
                                    §
                                    §
            Debtors                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 140,943.00<br>*(Without deducting any secured claims)* | Assets Exempt: 66,100.00 |
| Total Distributions to Claimants: 43,521.68 | Claims Discharged<br>Without Payment: 336,431.71 |
| Total Expenses of Administration: 76,478.32 | |

   3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 120,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 189,004.00 | $ 0.00 | $ 8,444.28 | $ 8,444.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 76,478.32 | 76,478.32 | 76,478.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,408.00 | 13,737.23 | 13,737.23 | 13,737.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,952.00 | 57,407.88 | 57,407.88 | 21,340.17 |
| **TOTAL DISBURSEMENTS** | $ 300,364.00 | $ 147,623.43 | $ 156,067.71 | $ 120,000.00 |

  4)  This case was originally filed under chapter 7 on  02/08/2013 .  The case was pending for 50 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 03/14/2017                By:/s/Peter N. Metrou, Trustee
                                                                Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI lawsuit - attorney Justin Hare law offices of A | 1142-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Keith and Denise Hahne | Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 139,327.00 | NA | NA | 0.00 |
| | Hawthorne Credit Union 1519 North Naper Boulevard Naperville, IL 60563 | | 49,677.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross/BlueShield | 4220-000 | NA | 0.00 | 5,948.62 | 5,948.62 |
| | StateFarm | 4220-000 | NA | 0.00 | 2,495.66 | 2,495.66 |
| TOTAL SECURED CLAIMS | | | $ 189,004.00 | $ 0.00 | $ 8,444.28 | $ 8,444.28 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 9,250.00 | 9,250.00 | 9,250.00 |
| Peter N. Metrou | 2200-000 | NA | 121.97 | 121.97 | 121.97 |
| Associated Bank | 2600-000 | NA | 367.08 | 367.08 | 367.08 |
| Andrew Kryder | 3210-000 | NA | 66,739.27 | 66,739.27 | 66,739.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 76,478.32 | $ 76,478.32 | $ 76,478.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 2,408.00 | NA | NA | 0.00 |
| 2 | IRS | 5800-000 | NA | 13,737.23 | 13,737.23 | 13,737.23 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,408.00 | $ 13,737.23 | $ 13,737.23 | $ 13,737.23 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 46,821.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 3,840.00 | NA | NA | 0.00 |
| | Edward Health Ventures 26185 Network Place Chicago, IL 60673 | | 158.00 | NA | NA | 0.00 |
| | Edward Hospital PO Box 4207 Carol Stream, IL 60197 | | 489.00 | NA | NA | 0.00 |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 5,524.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hawthorne Credit Union 1519 N Naper Blvd Naperville, IL 60563 | | 4,530.00 | NA | NA | 0.00 |
| | Jeffry I Manasse & Associates 608 S. Washington St. Suite 200 Naperville, IL 60540 | | 100.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 155.00 | NA | NA | 0.00 |
| | Naperville Radiologists 6910 S. Madison St. Willowbrook, IL 60527 | | 61.00 | NA | NA | 0.00 |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | 4,810.00 | NA | NA | 0.00 |
| | Rev MD PO box 3427 Oak Brook, IL 60522-3427 | | 151.00 | NA | NA | 0.00 |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 1,807.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 1,243.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 39,263.00 | NA | NA | 0.00 |
| 3 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,807.26 | 1,807.26 | 701.83 |
| | CLERK OF THE COURT | 7100-000 | NA | 2,455.74 | 2,455.74 | 2,455.74 |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | 7100-000 | NA | 46,821.23 | 46,821.23 | 18,182.60 |
| 2-2A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,512.99 | 1,512.99 | 0.00 |
| 1 | NORDSTROM FSB | 7100-000 | NA | 4,810.66 | 4,810.66 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 108,952.00 | $ 57,407.88 | $ 57,407.88 | $ 21,340.17 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-04847 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | KEITH HAHNE | | | | Date Filed (f) or Converted (c): | 02/08/2013 (f) |
| | DENISE HAHNE | | | | 341(a) Meeting Date: | 03/11/2013 |
| For Period Ending: | 03/14/2017 | | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11S035 West Street Naperville, IL 60565 | 172,568.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Hawthorne Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 3. misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Pension through former employer | Unknown | 0.00 | | 0.00 | FA |
| 6. 401(K) | 0.00 | 0.00 | | 0.00 | FA |
| 7. PI lawsuit - attorney Justin Hare law offices of A | Unknown | Unknown | | 150,000.00 | FA |
| 8. 2004 Pontiac Aztek - 145K miles | 1,450.00 | 0.00 | | 0.00 | FA |
| 9. 1999 Volkswagen Beetle - 120K miles | 1,725.00 | 0.00 | | 0.00 | FA |
| 10. 2 dogs, 1 bird | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $177,043.00 | $0.00 | | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending PI case, employed Special Counsel see Dkt# 25 on 6/11/2015.  Settlement approved by court see Dkt# 37 on 2/9/2016.  TFR filed see Dkt# 39 on 8/16/2016. Two checks outstanding, follow up to cash checks 1/10/2017, possible unclaimed funds deposit. Filed Deposit of Unclaimed Funds report on 2/6/2017 see Dkt# 47.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 08/16/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04847 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KEITH HAHNE | Bank Name: Associated Bank |
| DENISE HAHNE | Account Number/CD#: XXXXXX5629 |
| | Checking |
| Taxpayer ID No: XX-XXX3708 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 7 | MetLife Auto & Home<br>P.O. Box 2204<br>Charlotte, NC 28241 | Proceeds from PI Case Court Order Doc# 38<br>Check was deposited late due to bank issues and new software from TCMS as well as passing of my father. See emails from TCMS in banking file. | 1142-000 | $150,000.00 | | $150,000.00 |
| 04/25/16 | 101 | Law Offices of Andrew S. Kryder<br>134 N. LaSalle St., Ste 1515<br>Chicago, IL 60602 | Court Approved Attorneys fees and costs<br>$60,000.00 in Attorneys Fees<br>$6,739.27 in Reimbursed Expenses | 3210-000 | | $66,739.27 | $83,260.73 |
| 04/25/16 | 102 | State Farm Insurance<br>Subrogation Services<br>P.O. Box 106172<br>Atlanta, GA 30348-6172 | Court Approved Payment<br>PI Lien Payoff | 4220-000 | | $2,495.66 | $80,765.07 |
| 04/25/16 | 103 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment<br>PI lien Payoff | 4220-000 | | $0.00 | $80,765.07 |
| 04/25/16 | 103 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment Reversal<br>Forgot check amount-need to re-write check | 4220-000 | | $0.00 | $80,765.07 |
| 04/25/16 | 104 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255 | Court Approved Payment<br>PI Lien Payoff | 4220-000 | | $5,948.62 | $74,816.45 |
| 04/25/16 | 105 | Keith and Denise Hahne<br>11S035 West Street<br>Naperville, IL 60565-5531 | Debtors' Exemptions<br>Court Approved payment | 8100-002 | | $30,000.00 | $44,816.45 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.01 | $44,657.44 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.20 | $44,542.24 |

| | | Page Subtotals: | $150,000.00 | $105,457.76 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04847 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KEITH HAHNE | Bank Name: Associated Bank |
| DENISE HAHNE | Account Number/CD#: XXXXXX5629 |
| | Checking |
| Taxpayer ID No: XX-XXX3708 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.87 | $44,449.37 |
| 09/27/16 | 106 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $9,371.97 | $35,077.40 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($9,250.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($121.97) | 2200-000 | | |
| 09/27/16 | 107 | IRS<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $13,737.23 | $21,340.17 |
| 09/27/16 | 108 | NORDSTROM FSB<br>P.O. Box 6566<br>Englewood, CO  80155 | Final distribution to claim 1 representing a payment of 38.83 % per court order. | 7100-000 | | $1,868.18 | $19,471.99 |
| 09/27/16 | 109 | INTERNAL REVENUE SERVICE<br>Central Insolvency Operations<br>PO Box 7346<br>Phildelphia, PA  19101-7346 | Final distribution to claim 2 representing a payment of 38.83 % per court order. | 7100-000 | | $587.56 | $18,884.43 |
| 09/27/16 | 110 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 3 representing a payment of 38.83 % per court order. | 7100-000 | | $701.83 | $18,182.60 |
| 09/27/16 | 111 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Final distribution to claim 4 representing a payment of 38.83 % per court order. | 7100-000 | | $18,182.60 | $0.00 |
| 02/03/17 | 108 | NORDSTROM FSB<br>P.O. Box 6566<br>Englewood, CO  80155 | Final distribution to claim 1 representing a payment of 38.83 % per court order. Reversal | 7100-000 | | ($1,868.18) | $1,868.18 |

Page Subtotals:  $0.00    $42,674.06

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-04847
Case Name: KEITH HAHNE
           DENISE HAHNE
Taxpayer ID No: XX-XXX3708
For Period Ending: 03/14/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5629
           Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/17 | 109 | INTERNAL REVENUE SERVICE<br>Central Insolvency Operations<br>PO Box 7346<br>Phildelphia, PA  19101-7346 | Final distribution to claim 2 representing a payment of 38.83 % per court order. Reversal | 7100-000 | | ($587.56) | $2,455.74 |
| 02/06/17 | 112 | CLERK OF THE COURT<br>CLERK OF THE COURT<br>219 South Dearborn<br>Chicago, IL  60604 | Unclaimed funds from two checks 108 & 109 | 7100-000 | | $2,455.74 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $150,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $150,000.00 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $150,000.00 | $120,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals:      $0.00      $1,868.18

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5629 - Checking | $150,000.00 | $120,000.00 | $0.00 |
|  | $150,000.00 | $120,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |

Page Subtotals:    $0.00    $0.00